In the Matter of the Summary Proceedings by Charles Beeny, Agent, Respondent, v. Charles B. Templeton, Appellant.— Motion denied.

Frank W. Terwilliger, Respondent, v. Browning, King & Company, a Corporation, Appellant.— Motion denied on the authority of *Ventriniglia* v. *Eichner* (138 App. Div. 274).

Annie Feldman and Others, Respondents, v. Alexander Dickstein and Others, Appellants. — Motion for reargument denied, with ten dollars costs.

George T. Record, by Chauncey Record, His Guardian ad Litem, Appellant, v. James Arthur P. Ketchum, Respondent.— Motion denied.

Richard E. Burger, Suing on Behalf of Himself and All Other Stockholders Similarly Situated of the Griffon Shirt Company, Appellant, v. The Griffon Shirt Company and Others, Respondents.— As this action is to be tried on the merits within a few days the discretion of the Special Term will not be interfered with. Order affirmed, without costs.   All concurred.

Chateaugay Agricultural Society, Respondent, v. James Farley, Appellant.— Order affirmed, with ten dollars costs and disbursements.   All concurred, except Smith, P. J., dissenting.

Timothy Cline and Others, Appellants, v. William M. Stephens and Others, Respondents.— Judgment unanimously affirmed, with costs.

Carrie Mayfred Flint, Respondent, v. The Provident Life and Trust Company of Philadelphia, Appellant.— Judgment unanimously affirmed, with costs.

John G. Holland, Appellant, v. Charles Ricketts, Respondent.— Order and judgment reversed and new trial granted, with costs to appellant to abide event, upon the authority of *St. Lawrence County National Bank* v. *Watkins* (153 App. Div. 551).   All concurred.

In the Matter of the Charges Preferred against Joseph Van Order, Member of the Fire Department Connected with Engine Number Four.— Motion for leave to appeal to the Court of Appeals denied.

Jennie E. Noonan, Respondent, v. Thomas C. Luther, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that the verdict is excessive, unless the plaintiff within twenty days stipulates to reduce the verdict to $500, in which case the judgment is so modified and as so modified judgment and order affirmed, without costs of this appeal to either party. All concurred, except Kellogg, J., who voted for a reversal.

The People of the State of New York v. John F. O'Brien and George C. Kellogg.— Motion for leave to appeal to the Court of Appeals granted, and questions certified as follows: *First.* Does the first count of the complaint state facts sufficient to constitute a cause of action ? *Second.* Does the second count of the complaint state facts sufficient to constitute a cause of action ? *Third.* Does the third count of the complaint state facts sufficient to constitute a cause of action ?